THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICHARD DAVID SCOTT, Defendant-Appellant.

(No. 58595;

First District (2nd Division)—October 23, 1973.

PER CURIAM.
LEIGHTON, J., took no part.

645

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Assistant State's Attorney, of counsel,) for the People.